EXHIBIT A

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR BREVARD COUNTY, FLORIDA

U.S. BANK NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY,
BUT SOLELY AS LEGAL TITLE TRUSTEE
FOR BCAT 2016-18TT,
       Plaintiff,
vs.

ALAN J. MALATESTA; ET AL.,
       Defendants.
_____/

CASE NO.: 05-2016-CA-034093
DIVISION:

## FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was heard before the Court on Motion for Summary Judgment on November 8, 2017. On the evidence presented, **IT IS ORDERED AND ADJUDGED** that:

1. The Plaintiff's Motion for Summary Judgment is **GRANTED**. Service of process has been duly and regularly obtained over Defendants: ALAN J. MALATESTA and UNKNOWN TENANT(S).

2. **Amounts Due.** There is due and owing the Plaintiff the following:

| | |
|---|---|
| Principal due on the note secured by the mortgage foreclosed: | $148,575.73 |
| Interest on the note and mortgage from 01/01/2016 to 10/04/2017 | $15,357.99 |
| Per diem interest at $23.38 from 10/05/2017 to 11/08/2017 | $818.30 |
| Pre-Accelerated Late Charges | $103.12 |

Escrow Advances:

| | |
|---|---|
| Taxes | $755.91 |
| Hazard Insurance Premiums for to | $1,444.33 |

**Additional Costs:**

Court Costs:
| | |
|---|---|
| Foreclosure Title Commitment: | $250.00 |
| Service: | $65.00 |

**Other Costs:**

| | |
|---|---|
| Property Preservation: | $325.00 |
| Property Inspections: | $177.00 |

Case # 05-2016-CA-034093-XXXX-XX
Document Page # 33


*28070919*

| | |
|---|---:|
| **SUBTOTAL** | **$167,872.38** |
| Attorney's Fees total: | |
|     Attorney's fees based upon 6.82 hours at $215.00 per hour | $1,466.30 |
|     Flat fee | $1,035.00 |
| Less: Escrow Shortage | |
| Less: Unearned Insurance Premiums | |
| Less: Miscellaneous deductions and credits | |
| **TOTAL SUM** | **$170,373.68** |

3. **Interest.** The grand total amount referenced in Paragraph 2 shall bear interest from this date forward at the prevailing legal rate of interest.

4. **Lien on Property.** Plaintiff holds a lien for the grand total sum specified in Paragraph 2 herein. The lien of the plaintiff is superior in dignity to any right, title, interest or claim of the defendants and all persons, corporations, or other entities claiming by, through, or under the defendants or any of them and the property will be sold free and clear of all claims of the defendants, with the exception of any assessments that are superior pursuant to Florida Statutes, Section 718.116. The Plaintiff's lien is determined to be a first mortgage lien. The plaintiff's lien encumbers the subject property located in Brevard County, Florida and described as:

   > LOT 17, BLOCK 8, AMENDED PLAT OF CARLETON TERRACE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 3, PAGE 61, OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.

   Property Address: 2501 MACFARLAND DRIVE, COCOA, FL 32922

5. **Sale of Property.** If the grand total amount with interest at the rate described in Paragraph 3 and all costs accrued subsequent to this judgment are not paid, the Clerk of Court shall sell the subject property at public sale on January 31, 2018, at 11:00 A.M. to the highest bidder for cash, except as prescribed in Paragraph 6, at Brevard County Government Complex, Brevard Room, 518 South Palm Avenue, Titusville, FL, 32796 after having first given notice as required by Section 45.031, Florida Statutes.

6. **Costs.** Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale. If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full. The Clerk shall receive the service charged imposed in Section 45.031, Florida Statutes, for services in making, recording, and certifying the sale and title that shall be assessed as costs.

7. **Right of Redemption.** On filing of the Certificate of Sale, defendant's right of redemption as proscribed by Florida Statutes, Section 45.0315 shall be terminated.

8. **Distribution of Proceeds.** On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in Paragraph 2 from this date to the date of the sale. During the sixty (60) days after the Clerk issues the certificate of disbursements, the Clerk shall hold the surplus pending further Order of this Court.

9. **Right of Possession.** Upon filing of the Certificate of Title, defendant and all persons claiming under or against defendant since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property and the purchaser at sale shall be let into possession of the property.

10. **Attorney Fees.** The Court finds, based upon the affidavits presented and upon inquiry of counsel for the plaintiff, that 6.82 hours were reasonably expended by plaintiff's counsel and that an hourly rate of $215.00, along with a flat fee $1,035.00 is appropriate. PLAINTIFF'S COUNSEL REPRESENTS THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to *Florida Patient's Compensation Fund v. Rowe*, 472 So.2d 1145 (Fla. 1985).

11. **NOTICE PURSUANT TO AMENDMENT TO SECTION, 45.031, FLA. ST. (2006)**

    IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.

    IF YOU ARE A SUBORDINATE LIEN HOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY (60) DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

    IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, BREVARD COUNTY GOVERNMENT CENTER – NORTH, 518 SOUTH PALM AVENUE, TITUSVILLE, FL 32796 (TELEPHONE: (321) 637-5413), WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONCTACT THE LEGAL AID SOCIETY AT BREVARD COUNTY LEGAL AID, INC., 1017 S. FLORIDA AVENUE, ROCKLEDGE, FL 32955 (TELEPHONE: (321) 631-2500), TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT BREVARD COUNTY LEGAL AID, INC., YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

12. **Jurisdiction.** The Court retains jurisdiction of this action to enter further orders that are proper, including, without limitation, writs of possession, deficiency judgments, supplemental complaints, and re-foreclosures.

**DONE AND ORDERED** in Chambers in Brevard County, Florida, on this 8th day of November, 2017.

_____
Circuit Judge

Copies furnished to all parties:

Lisa Davidson

**KELLEY L. CHURCH, ESQ.**
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
255 S. ORANGE AVENUE, SUITE 900
ORLANDO, FL 32801
E-MAIL: SERVICECOPIES@QPWBLAW.COM

**ALAN J. MALATESTA**
2501 MACFARLAND DRIVE
COCOA, FL 32922-7038

**UNKNOWN TENANT(S)**
2501 MACFARLAND DRIVE
COCOA, FL 32922-7038