ORDERED.

Dated: April 30, 2018

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re :                                                                      Case Number **6: 18-bk-00409-KSJ**
                                                                             Chapter 7

**Alan J. Malatesta**,
                         Debtor(s).
_____/

**AGREED ORDER GRANTING U.S. BANK NATIONAL ASSOCIATION'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came on for consideration upon U.S. Bank National Association's Motion for Relief from the Automatic Stay (docket no. 8) and Trustee's Response to U.S. Bank National Association's Motion for Relief from the Automatic Stay (docket no. 14). Having reviewed the Motion, the Response, the file, and otherwise being advised of the matter,

Accordingly, it is

ORDERED :

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. §362 is terminated as to Movant's interest in the following real property :

   **Lot 17, Block 8, AMENDED PLAT OF CARLETON TERRACE, according to the plat thereof as recorded in Plat Book 3, Page 61, of the Public Records of Brevard County, Florida.**

   **a/k/a 2501 Mac Farland Dr., Cocoa, FL 32922**
   **Parcel ID No. 24-36-17-53-8-17**

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Movant, its successors and/or assigns to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such

      other and further *in rem* relief as is just, and that Movant, its successors and/or assigns shall not obtain *in personam* relief against the debtor.

4. The Movant may not schedule a foreclosure sale date until one hundred twenty (120) days from the signing of this Order.

| */s/ Kristen L. Henkel* | */s/ Leslie Rushing* |
|---|---|
| Kristen L. Henkel, Esq. | Leslie Rushing, Esq. |
| Florida Bar No. 81858 | Florida Bar No. 98106 |
| M. E. Henkel, P.A. | Quintairos, Prieto, Wood & Boyer, P.A. |
| 3560 South Magnolia Avenue | 1475 Centrepark Blvd., Suite 130 |
| Orlando, Florida 32806 | West Palm Beach, FL 33401 |
| Telephone : (407) 438-6738 | Telephone: (561) 686-1880 x 1311 |
| Facsimile : (407) 858-9466 | Fax: (561) 686-1886 |
| khenkel@mehenkel.com | leslie.rushing@qpwblaw.com |

Special Counsel Kristen L. Henkel is directed to serve a copy of this Order on interested parties and file a proof of services within 3 days of entry of the Order.